| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
SaveUp Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
47-3453740

**4. Debtor's address**

Principal place of business

2345 N Waukegan Road  
Suite 140  
Deerfield, IL 60015  
Number, Street, City, State & ZIP Code

Lake  
County

Mailing address, if different from principal place of business

_____  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business  
2345 N Waukegan Road  
Suite 140 Deerfield, IL 60015  
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **SaveUp Inc.**                                                              Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

Debtor **SaveUp Inc.** _____ Case number (*if known*)_____
       Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **SaveUp Inc.**     Case number (*if known*) _____
   Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 29, 2017**
                 MM / DD / YYYY

**X /s/ Paul Burt**              **Paul Burt**
Signature of authorized representative of debtor       Printed name

Title _____

**18. Signature of attorney**

**X /s/ Jeffrey Strange**          Date **November 29, 2017**
Signature of attorney for debtor                MM / DD / YYYY

**Jeffrey Strange 3122923**
Printed name

**Jeffrey Strange & Associates**
Firm name

**717 Ridge Road**
**Wilmette, IL 60091**
Number, Street, City, State & ZIP Code

Contact phone _____     Email address _____

**3122923**
Bar number and State

American Express
PO Box 0001
Los Angeles, CA 90096


Barryillium Labs LLC
10248 Brushfield Lane
Fishers, IN 46037


Caitlin Schott
303 W Ohio
Apartment 2605
Chicago, IL 60654


California Labor Commissioner
455 Golden Gate Ave 10th Floor
San Francisco, CA 94102


Dave Trace
1002 Aynsley Ave
Lake Forest, IL 60045


Department of Labor
160 N LaSalle Street
13th Floor
Chicago, IL 60601-3150


FGMK
333 W Wacker Dr
6th Floor
Chicago, IL 60606


Grenville Strategic Royalty Corp.
220 Bay Street
Suite 550
Toronto Ontario M5J 2W4 Canada


Horwood Marcus Berk
500 W Madison Suite 3700
Chicago, IL 60661


Hunt & Henriques
151 Bernal Road Suite B
San Jose, CA 95119

```
Illinois Department of Labor
160 N LaSalle Street
13th Floor
Chicago, IL 60601-3150


Jansson Munger McKinley & Kirby
207 E Westminster Ave
Suite 205
Lake Forest, IL 60045


Mark S. Lichtman
222 N LaSalle #300
Chicago, IL 60601


Matthew B. Schiff
Sugar Felsenthal Grais & Hammer LLP
30 N LaSalle #3000
Chicago, IL 60602


Michael Taege
800 Northwest Hwy
Suite 506
Palatine, IL 60074


Robert S. Reda
736 N Western Ave
Suite 353
Lake Forest, IL 60045


Stephen Sarver
1843 Rosemary Lane
Gurnee, IL 60031


Synergy Law Group LLC
730 W Randolph Suite 600
Chicago, IL 60661


The Tarpey Firm
225 W Wacker Drive
Suite 1515
Chicago, IL 60606


Visa Black Card
PO Box 13337
Philadelphia, PA 19101-3337
```

Wagoner Falconer & Judd
325 N Corporate Drive Suite 100
Brookfield, WI 53045


Westlake Financial Group
1477 Barclay Blvd
Buffalo Grove, IL 60089


William Jeffrey Factor
105 W Madison Suite 1500
Chicago, IL 60602


Williams Montgomery & John Ltd.
233 S Wacker Drive
Suite 6100
Chicago, IL 60606


WL Benefits Group Inc.
2345 Waukegan Road
Suite 140
Deerfield, IL 60015

# United States Bankruptcy Court
## Northern District of Illinois

In re  **SaveUp Inc.**                                                                               Case No.  
                                                 Debtor(s)                                           Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **SaveUp Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BESH Holdings Corporation**

☐ None [*Check if applicable*]

| | |
|---|---|
| **November 29, 2017** | **/s/ Jeffrey Strange** |
| Date | **Jeffrey Strange 3122923** |
| | Signature of Attorney or Litigant |
| | Counsel for  **SaveUp Inc.** |
| | **Jeffrey Strange & Associates** |
| | **717 Ridge Road** |
| | **Wilmette, IL 60091** |