**Fill in this information to identify the case:**

Debtor name: **SaveUp Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **17-35506**

☒ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **SaveUp Inc.** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $35,560.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Bairsedev**<br>**1999 S. Bascom Ave**<br>**Suite 700**<br>**Campbell, CA 95008**<br>Date(s) debt was incurred **2017**<br>Last 4 digits of account number **9518** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: **Bairsedev v SaveUp Inc.**<br>Is the claim subject to offset? ☒ No ☐ Yes | $80,000.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Barryillium Labs LLC**<br>**10248 Brushfield Lane**<br>**Fishers, IN 46037**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Saveup Inc.** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $33,450.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Bizintech**<br>**235 Peachtree Street NE**<br>**Suite 400**<br>**Atlanta, GA 30303**<br>Date(s) debt was incurred **9/2017**<br>Last 4 digits of account number **L711** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: **Bizintech v. SaveUp Inc.**<br>Is the claim subject to offset? ☒ No ☐ Yes | Unknown |

| Debtor | **SaveUp Inc.** | Case number (if known) | **17-35506** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Caitlin Schott**<br>**303 W Ohio**<br>**Apartment 2605**<br>**Chicago, IL 60654**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __DOL Wage claim__<br>Is the claim subject to offset? ■ No ☐ Yes | | **$5,576.93** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**California Labor Commissioner**<br>**455 Golden Gate Ave 10th Floor**<br>**San Francisco, CA 94102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **65EK** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Christian DeHoyos v WL Benefits Group**<br>Is the claim subject to offset? ■ No ☐ Yes | | **$2,000.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Christian DeHoyos**<br>**157 Elm Street #101**<br>**San Mateo, CA 94401**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | | **$7,000.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Cohen Silverman Rowan LLP**<br>**6662 Gunpark Drive**<br>**Suite 202**<br>**Boulder, CO 80301**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **Saveup Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | | **$3,262.50** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Dave Trace**<br>**1002 Aynsley Ave**<br>**Lake Forest, IL 60045**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **SaveUp Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | | **$40,000.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Department of Labor**<br>**160 N LaSalle Street**<br>**13th Floor**<br>**Chicago, IL 60601-3150**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **Gace** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | | **$0.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Department of Labor**<br>**160 N LaSalle Street**<br>**13th Floor**<br>**Chicago, IL 60601-3150**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **iler** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | | **$0.00** |

| Debtor | **SaveUp Inc.** | Case number (if known) | **17-35506** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Horwood Marcus Berk**<br>**500 W Madison Suite 3700**<br>**Chicago, IL 60661**<br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number **0195** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Load Delivery Logistics v Saveup**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$545,000.00** |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Horwood Marcus Berk**<br>**500 W Madison Suite 3700**<br>**Chicago, IL 60661**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **2521** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Beacon Hill Staffing v SaveUp Inc.**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$152,000.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Illinois Department of Labor**<br>**160 N LaSalle Street**<br>**13th Floor**<br>**Chicago, IL 60601-3150**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **1698;7477;7468** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Disputed wage claims**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$0.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Jansson Munger McKinley & Kirby**<br>**207 E Westminster Ave**<br>**Suite 205**<br>**Lake Forest, IL 60045**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **SaveUp Inc.** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$17,245.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Kian Sarreshteh**<br>**360 W. Hubbard Street**<br>**Suite 1007**<br>**Chicago, IL 60654**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **Kian Sarreshteh v SaveUp** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Kian Sarreshteh v SaveUp 2016 CH 290 Lake County**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$375,000.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Robert S. Reda**<br>**736 N Western Ave**<br>**Suite 353**<br>**Lake Forest, IL 60045**<br>Date(s) debt was incurred **9/2017**<br>Last 4 digits of account number **L708** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Reda & DesJardins v SaveUp Inc.**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$71,562.97** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Rogic**<br>**3500 DuPont Highway**<br>**Dover, DE 19901**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **2041** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Rogic LLC v SaveUp Inc.**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$22,400.00** |

| Debtor | **SaveUp Inc.** | Case number (if known) | 17-35506 |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Stephen Sarver**<br>**1843 Rosemary Lane**<br>**Gurnee, IL 60031**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **SaveUp Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?   ■ No   ☐ Yes | $10,000.00 |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Synergy Law Group LLC**<br>**730 W Randolph Suite 600**<br>**Chicago, IL 60661**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **SaveUp Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?   ■ No   ☐ Yes | $88,000.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**The Tarpey Firm**<br>**225 W Wacker Drive**<br>**Suite 1515**<br>**Chicago, IL 60606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **SaveUp Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Grenville v SaveUp Inc.**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $35,000.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Visa Black Card**<br>**PO Box 13337**<br>**Philadelphia, PA 19101-3337**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **SaveUp Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?   ■ No   ☐ Yes | $30,000.00 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Wagoner Falconer & Judd**<br>**325 N Corporate Drive Suite 100**<br>**Brookfield, WI 53045**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **SaveUp Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **FGMK**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $33,400.00 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Westlake Financial Group**<br>**1477 Barclay Blvd**<br>**Buffalo Grove, IL 60089**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **SaveUp Inc.** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset?   ■ No   ☐ Yes | $0.00 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Williams Montgomery & John Ltd.**<br>**233 S Wacker Drive**<br>**Suite 6100**<br>**Chicago, IL 60606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **v810** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Grenville v SaveUp Inc.**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $700,000.00 |

| Debtor | **SaveUp Inc.** | Case number (if known) | **17-35506** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**WL Benefits Group Inc.**<br>**2345 Waukegan Road**<br>**Suite 140**<br>**Deerfield, IL 60015** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number**  **SaveUp Inc.** | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Yodlee**<br>**Lockbox Dept Ch 17405**<br>**Palatine, IL 60055** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$1,755,568.00** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Yodlee v SaveUp Inc.** | |
| | **Last 4 digits of account number**  **Yodlee v SaveUp Inc.** | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3:     List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **FGMK**<br>**333 W Wacker Dr**<br>**6th Floor**<br>**Chicago, IL 60606** | Line  **3.23**<br>☐ Not listed. Explain ____ |  **SaveUp Inc.** |
| 4.2 | **Grenville Strategic Royalty Corp.**<br>**220 Bay Street**<br>**Suite 550**<br>**Toronto Ontario M5J 2W4 Canada** | Line  **3.21**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Hunt & Henriques**<br>**151 Bernal Road Suite B**<br>**San Jose, CA 95119** | Line  **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Mark S. Lichtman**<br>**222 N LaSalle #300**<br>**Chicago, IL 60601** | Line  **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Matthew B. Schiff**<br>**Sugar Felsenthal Grais & Hammer LLP**<br>**30 N LaSalle #3000**<br>**Chicago, IL 60602** | Line  **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Michael Taege**<br>**800 Northwest Hwy**<br>**Suite 506**<br>**Palatine, IL 60074** | Line  **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **William Jeffrey Factor**<br>**105 W Madison Suite 1500**<br>**Chicago, IL 60602** | Line  **3.18**<br>☐ Not listed. Explain ____ | _ |

### Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| Debtor | **SaveUp Inc.** | Case number (if known) | **17-35506** |
|---|---|---|---|
| | Name | | |

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,042,025.40 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 4,042,025.40 |