UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>SaveUp Inc.<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   17-35506<br><br>Chapter:  7<br>Honorable A. Benjamin Goldgar<br>Lake County |

## ORDER EMPLOYING ATTORNEY FOR TRUSTEE

This cause coming on to be heard upon the Application of JOSEPH E. COHEN, Trustee herein, due notice having been given to all parties in interest and the Court being fully advised in the premises, NOW THEREFORE:

IT IS HEREBY ORDERED that JOSEPH E. COHEN, Trustee herein, is hereby authorized to employ JOSEPH E. COHEN and GINA B. Krol of the firm of COHEN & KROL, to perform all legal services necessary or required in the administration of this Estate and,

IT IS FURTHER ORDERED that compensation for services as said attorney is to be hereinafter determined by this Court.

Enter:

Dated: JAN 2 6 2018

United States Bankruptcy Judge

**Prepared by:**
Joseph E. Cohen
COHEN & KROL
105 W. Madison Street
Suite 1100
Chicago, IL  60602
(312) 368-0300

Rev: 20120209_bko